**THIRD DIVISION**
**MILLER, P. J.,**
**MCFADDEN, P. J., and MCMILLIAN, J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**December 12, 2017**

# In the Court of Appeals of Georgia

A16A0118. SPENCER v. THE STATE.

McFADDEN, Presiding Judge.

In *Spencer v. State,* 337 Ga. App. 360 (787 SE2d 360) (2016), this court affirmed the appellant's conviction of driving under the influence of alcohol, finding in Division 1 that the trial court had not erred in allowing certain testimony from the arresting officer and in Division 2 that the trial court had not erred in giving a pattern jury instruction instead of a requested charge. The Georgia Supreme Court, in *Spencer v. State,* ____ Ga. ____ *(*Case No. S16G1751, decided October 2, 2017), reversed the finding in Division 1 of our opinion and reversed the appellant's DUI conviction, but did not address Division 2 of our opinion. Accordingly, Division 1 of our decision in *Spencer,* supra at 337 Ga. App. 360-361, is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Miller, P. J., and McMillian, J., concur.*